# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 24. Motion for Appointment of Counsel

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form24instructions.pdf

**9th Cir. Case Number(s)** 25-3531

**Case Name** Markham v. US Dept. of the Army

**Lower Court or Agency Case Number** 3:25-cv-05212-BHS

1. My name is John Warren Markham

2. I am asking the court to appoint an attorney to help me with this case.

3. My fee status is as follows *(select one)*:

   ○ The district court or this court granted my motion to proceed in forma pauperis.

   ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.

   ⦿ This motion is accompanied by a motion to proceed in forma pauperis.

   ○ I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

   > This motion is accompanied by a motion to proceed in forma paupers.
   > Issues on appeal are described in the motion to proceed in forma paupers.

4. Is this a civil appeal or petition for review?     ⦿ Yes     ○ No

   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

4523 Sugar Pine Dr NE

City Cedar Rapids    State IA    Zip Code 52402

Prisoner Inmate or A Number (if applicable) N/A

**Signature** John Warren Markham    **Date** 6-15-2025

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 24**    *New 12/01/2018*